

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00466-CV

**IN RE GENERAL MOTORS, LLC**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

Delivered and Filed: February 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On July 18, 2025, relator General Motors, LLC filed a petition for writ of mandamus. On September 29, 2025, we requested a response, and, on October 14, 2025, real parties in interest Cynthia Marie Zapata and Michael Andrew Johnson filed a response. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). After considering the petition, the record, and real parties in interest's response, this court concludes

---

[1]This proceeding arises out of Cause No. 23-01-18894-CV, styled *Cynthia Marie Zapata and Michael Andrew Johnson, Individually and as Natural Heirs of the Estate of G.N. Johnson, a Minor Deceased, v. Adrian Marcus Flores, Arnold Anthony Mireles, Individually and d/b/a AM Trucking, and General Motors, LLC*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Michael V. Garcia presiding.

relator did not show it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM